SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
155 Redwood Drive, Suite 100
San Rafael, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
U.036-184S

Attorneys for
1ST UNITED SERVICES CREDIT UNION

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

DWAYNE MARLON GETRIDGE and
RHONDA LEIGH GETRIDGE fka RHONDA
LEIGH HARRELL,

    Debtors.

Bk. No. 11-43346-RLE

Chapter 13

REQUEST FOR SPECIAL NOTICE

    Attorneys for 1ST UNITED SERVICES CREDIT UNION request that it be served with a copy of all notices required to be mailed to any creditor, equity security holder, or indenture trustee, in accordance with the provision of Rule 2002 (in its entirety) at the following address:

    1ST UNITED SERVICES CREDIT UNION
    c/o SCHEER LAW GROUP, LLP
    155 N. Redwood Drive, Suite 100
    San Rafael, California 94903

    SCHEER LAW GROUP, LLP

DATED: May 4, 2011      /s/ Reilly D. Wilkinson
                                   #250086